# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> [4] ALFRED TRYAN COFFEY ) <br> ) | Criminal No. 3:11-00082 <br> Judge Trauger |

### O R D E R

It is hereby **ORDERED** that the sentencing in this case is **RESET** for Tuesday, November 20, 2012, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 27th day of August 2012.

ALETA A. TRAUGER
U.S. District Judge