IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| [4] ALFRED TRYAN COFFEY | ) | |
| [5] RANDY RANDOLPH | ) | |

### O R D E R

The Government's Motion to Continue the Sentencing of these two defendants (Docket No. 1519) is **GRANTED**. It is hereby **ORDERED** that the sentencing of Alfred Coffey is **RESET** for October 30, 2013 at 1:30 p.m., and the sentencing of Randy Randolph is **RESET** for October 30, 2013 at 2:30 p.m.

It is so **ORDERED**.

ENTER this 27th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge